N. E. GANT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28484.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., of Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the unlawful possession of wine for the purpose of sale in a dry area; the punishment, a fine of $150.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed, and no motion for rehearing will be entertained in this case.

Agnes FLORES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28477.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Selling beer in a dry area is the offense; the punishment, a fine of $150.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed and no motion for rehearing will be entertained in this case.